# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: VILLAFANE, HELEN       §    Case No. 07-22442

                          §

                          §

Debtor(s)                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00am on 09/16/2011 in Courtroom B, Lake County Courthouse, Park City Branch Court
301 Greenleaf Avenue
Park City, Il 60085-5725.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  08/08/2011          By:  /s/JOHN E. GIERUM

                                          Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: VILLAFANE, HELEN

§   Case No. 07-22442
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 850,041.38 |
| *and approved disbursements of* | $ | 282,502.82 |
| *leaving a balance on hand of* [1] | $ | 567,538.56 |

**Balance on hand:**          $          567,538.56

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 567,538.56 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 19,672.77 | 0.00 | 19,672.77 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 19,672.77 |
| Remaining balance: | $ | 547,865.79 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 547,865.79 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | | |
|---|---|---|---|---|
| | Total to be paid for priority claims: | $ | | 0.00 |
| | Remaining balance: | $ | | 547,865.79 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,370.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital Recovery II | 553.63 | 0.00 | 553.63 |
| 2 | Sovereign Bank New England | 31,297.89 | 0.00 | 31,297.89 |
| 3 | FIA CARD SERVICES, NA/BANK OF AMERICA | 10,518.71 | 0.00 | 10,518.71 |

| | | | | |
|---|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | | 42,370.23 |
| | Remaining balance: | $ | | 505,495.56 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | | |
|---|---|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ | | 0.00 |
| | Remaining balance: | $ | | 505,495.56 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance:   $   505,495.56

The amount of surplus returned to the debtor after payment of all claims and interest is $506,576.12.

Prepared By: _/s/JOHN E. GIERUM_____

Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:
Helen Villafane
    Debtor

Case No. 07-22442-ABG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: kseldon    Page 1 of 2    Date Rcvd: Aug 09, 2011
    Form ID: pdf006    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2011.
```
db          +Helen Villafane,    562 N. Triumph Ct.,    Hainesville, IL 60073-4724
aty         +John E Gierum,    Gierum & Mantas,    9700 W Higgins Rd, Ste 1015,    Rosemont, IL 60018-4712
aty         +Kenneth S Borcia,    Kenneth Borcia & Associates,    P.O Box 447,    Libertyville, IL 60048-0447
aty         +Popowcer Caruso Katten LL,    Popowcer Caruso Katten LL,    35 East Wacker Dr Ste 902,
              Chicago, IL 60601-2124
aty         +William J Mantas,    Gierum & Mantas,    1030 W Higgins Rd #220,    Park Ridge, IL 60068-5761
tr          +John E Gierum,    John E Gierum,    Gierum & Mantas,    9700 Higgins Road,    Suite 1015,
              Rosemont, IL 60018-4712
11781271     Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
11781274     CONDELL MEDICAL CENTER,    97169 Eagle Way,    Chicago, IL  60678-9710
12638810   +++GE Money Bank dba SAM'S CLUB,    Recovery Management Systems Corporation,    25 SE 2nd Ave Ste 1120,
              Miami FL 33131-1605
11781275    +GMAC,    P.O. Box 380901,    Bloomington, MN 55438-0901
11781276    +Greenleaf Orthopedic,    105 N. Greenleaf St.,    Gurnee, IL 60031-3326
11781277    +Lake County Foot & Ankle,    1200 N. Green Bay Rd.,    Waukegan, IL 60085-2246
11781278    +Lake County Radiogy Assoc.,    36104 Treasury Center,    Chicago, IL 60694-6100
11781279     Lake Forest Emer Phys,    75 Remittance Dr., Dept. 1951,    Chicago, IL 60675-1951
11781280    +Lake Forest Hospital,    660 N. Westmoreland Road,    Lake Forest, IL 60045-1696
11781281     Northeast Radiology Assoc.,    P.O. Box 3837,    Springfield, IL 62708-3837
11781283     Sovereign,    P.O. Box 16255,    Reading, PA 19612-6255
12730276    +Sovereign Bank New England,    P.O. Box 130424,    Roseville, MN 55113-0004
11781284     U.S. BANK,    P.O. Box 20005,    Owensboro, KY 42304-0005
11781286    +Wells Fargo,    P.O. Box 98751,    Las Vegas, NV 89193-8751
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13005721    +E-mail/PDF: rmscedi@recoverycorp.com Aug 10 2011 02:36:59    Capital Recovery II,
              25 SE 2nd Avenue,    Suite 1120,    Miami, FL 33131-1605
12866168     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 10 2011 02:36:24
              FIA CARD SERVICES, NA/BANK OF AMERICA,    by American InfoSource LP as its agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
13005722     E-mail/PDF: rmscedi@recoverycorp.com Aug 10 2011 02:36:59
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
11781282     E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2011 02:36:59    Sam's Club,    P.O. Box 981064,
              El Paso, TX 79998-1064
                                                                                     TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Beutel & Hurst LLC
aty          Brian Hurst
aty          Gierum & Mantas
aty          Lois West
aty*        +John E Gierum,    John E Gierum,    Gierum & Mantas,    9700 Higgins Road,    Suite 1015,
              Rosemont, IL 60018-4712
11781272    ##+Best Buy,    P.O. Box 15521,    Wilmington, DE 19850-5521
11781273    ##+Condell Medical Center,    755 S. Milwaukee Avenue, Suite 127,    Libertyville, IL 60048-3267
11781285    ##+Wachovia,    P.O. Box 52044,    Phoenix, AZ 85072-2044
11781287    ##+Wells Fargo Financial,    5101 Washington Street, Suite 29,    Gurnee, IL 60031-5913
                                                                     TOTALS: 4, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 11, 2011                          Signature: