**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: VILLAFANE, HELEN                               § Case No. 07-22442
                                                      §
                                                      §
Debtor(s)                                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOHN E. GIERUM, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $212,310.00                    Assets Exempt: $14,310.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $47,652.00      Claims Discharged
                                                 Without Payment: $5,281.77

Total Expenses of Administration: $287,175.59

---

    3) Total gross receipts of $ 850,048.98 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 515,221.39 (see **Exhibit 2**), yielded net receipts of $334,827.59
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 287,175.59 | 287,175.59 | 287,175.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 47,652.00 | 47,652.00 | 47,652.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $334,827.59 | $334,827.59 | $334,827.59 |

   4) This case was originally filed under Chapter 7 on November 30, 2007. The case was pending for 55 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/06/2012          By: /s/JOHN E. GIERUM
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible Malpractice Case | 1142-000 | 850,000.00 |
| Interest Income | 1270-000 | 48.98 |
| **TOTAL GROSS RECEIPTS** | | **$850,048.98** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| VILLAFANE, HELEN | Personal Injury Exemption | 8200-002 | 15,000.00 |
| VILLAFANE, HELEN | Final Distribution | 8200-002 | 500,221.39 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$515,221.39** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 19,672.77 | 19,672.77 | 19,672.77 |
| Beutel Hurst Bolecky LLC | 3210-600 | N/A | 266,412.31 | 266,412.31 | 266,412.31 |
| The Bank of New York Mellon | 2600-000 | N/A | 1,090.51 | 1,090.51 | 1,090.51 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | $287,175.59 | $287,175.59 | $287,175.59 |
|---|---|---|---|---|

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital Recovery II | 7100-000 | N/A | 553.63 | 553.63 | 622.64 |
| 1I | Capital Recovery II | 7990-000 | N/A | 69.01 | 69.01 | 0.00 |
| 2 | Sovereign Bank New England | 7100-000 | N/A | 31,297.89 | 31,297.89 | 35,199.41 |
| 2I | Sovereign Bank New England | 7990-000 | N/A | 3,901.52 | 3,901.52 | 0.00 |
| 3 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 10,518.71 | 10,518.71 | 11,829.95 |
| 3I | FIA CARD SERVICES, NA/BANK OF AMERICA | 7990-000 | N/A | 1,311.24 | 1,311.24 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $47,652.00 | $47,652.00 | $47,652.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-22442  
**Case Name:** VILLAFANE, HELEN  

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 11/30/07 (f)  
**§341(a) Meeting Date:** 01/04/08  

**Period Ending:** 07/06/12  

**Claims Bar Date:**

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | home- 562 N. Triumph Ct., Hainesville 100% inter<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 190,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | Consumers Co-Op<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 590.00 | 0.00 | DA | 0.00 | FA |
| 4 | Refrigerator, stove,washer/dryer, bedroom furnit<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, pictures & collections<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 35.00 | 0.00 | DA | 0.00 | FA |
| 6 | clothing<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Furs & jewelry<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 40.00 | 0.00 | DA | 0.00 | FA |
| 8 | sports & hobby equipment<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 25.00 | 0.00 | DA | 0.00 | FA |
| 9 | Possible Malpractice Case<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | | 850,000.00 | FA |
| 10 | 1995 Crown Victoria<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2006 Impala so<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 18,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 48.98 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-22442  
**Case Name:** VILLAFANE, HELEN  

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 11/30/07 (f)  
**§341(a) Meeting Date:** 01/04/08  

**Period Ending:** 07/06/12  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 12  Assets  Totals (Excluding unknown values) | $212,310.00 | $0.00 | | $850,048.98 | $0.00 |

**Major Activities Affecting Case Closing:**

Final account sent to USTee

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012      **Current Projected Date Of Final Report (TFR):**   August 8, 2011  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-22442 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | VILLAFANE, HELEN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******69-65 - Checking Account |
| Taxpayer ID #: | **-***7588 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/06/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/04/11 | {9} | ISMIE Mutual Insurance Company | Proceeds Settlement one defendant | 1142-000 | 850,000.00 | | 850,000.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 31.43 | | 850,031.43 |
| 06/06/11 | | To Account #9200******6966 | TRANSFER OF FUNDS | 9999-000 | | 281,412.31 | 568,619.12 |
| 06/06/11 | 1001 | Beutel Hurst Bolecky LLC | First and Final Distribution<br>Voided on 06/06/11 | 3210-600 | | ! 266,412.31 | 302,206.81 |
| 06/06/11 | 1001 | Beutel Hurst Bolecky LLC | First and Final Distribution<br>Voided: check issued on 06/06/11 | 3210-600 | | ! -266,412.31 | 568,619.12 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 5.13 | | 568,624.25 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 4.82 | | 568,629.07 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,090.51 | 567,538.56 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 4.81 | | 567,543.37 |
| 09/16/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 2.79 | | 567,546.16 |
| 09/16/11 | | To Account #9200******6966 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | | 567,546.16 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 850,048.98 | 850,048.98 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 848,958.47 | |
| | | | **Subtotal** | | 850,048.98 | 1,090.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$850,048.98** | **$1,090.51** | |

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 07/06/2012 03:00 PM     V.13.02

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 07-22442  
**Case Name:** VILLAFANE, HELEN  

**Taxpayer ID #:** **-***7588  
**Period Ending:** 07/06/12  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******69-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/06/11 | | From Account #9200******6965 | TRANSFER OF FUNDS | 9999-000 | 281,412.31 | | 281,412.31 |
| 06/13/11 | 101 | Beutel Hurst Bolecky LLC | Special Counsel Fees | 3210-600 | | 266,412.31 | 15,000.00 |
| 06/13/11 | 102 | VILLAFANE, HELEN | Personal Injury Exemption | 8200-002 | | 15,000.00 | 0.00 |
| 09/16/11 | | From Account #9200******6965 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | 567,546.16 | | 567,546.16 |
| 09/20/11 | 103 | Capital Recovery II | First and Final Distribution w/ interest | 7100-000 | | 622.64 | 566,923.52 |
| 09/20/11 | 104 | Sovereign Bank New England | First and Final Distribution w/ interest | 7100-000 | | 35,199.41 | 531,724.11 |
| 09/20/11 | 105 | FIA CARD SERVICES, NA/BANK OF AMERICA | First and Final Distribution w/ interest | 7100-000 | | 11,829.95 | 519,894.16 |
| 09/20/11 | 106 | JOHN E. GIERUM | First and Final Distribution | 2100-000 | | 19,672.77 | 500,221.39 |
| 09/20/11 | 107 | VILLAFANE, HELEN | Final Distribution | 8200-002 | | 500,221.39 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 848,958.47 | 848,958.47 | $0.00 |
| | | | Less: Bank Transfers | | 848,958.47 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 848,958.47 | |
| | | | Less: Payments to Debtors | | | 515,221.39 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $333,737.08 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******69-65** | 850,048.98 | 1,090.51 | 0.00 |
| **Checking # 9200-******69-66** | 0.00 | 333,737.08 | 0.00 |
| | $850,048.98 | $334,827.59 | $0.00 |

{} Asset reference(s)

Printed: 07/06/2012 03:00 PM V.13.02